NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED COMMUNITIES, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1485

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01220-PEC, Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, TARANTO and CHEN, *Circuit Judges*.

MOORE, *Chief Judge*.

**O R D E R**

Upon consideration of the United States's motion to dismiss this appeal as untimely and United Communities, LLC's response at ECF No. 22 "conced[ing] that this Court can dismiss the instant appeal as untimely filed,"

2                                        UNITED COMMUNITIES, LLC v. US

IT IS ORDERED THAT:

(1) The stay is lifted, and the motion to dismiss is granted.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 22, 2024
Date